UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No.3:20-MJ-1088 |
| V. | ) |
| | ) |
| | ) |
| DOMINIC BROWN | ) |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an initial appearance on a petition for warrant for offender under supervision. Assistant United States Attorney Casey Arrowood was present representing the government. Attorney Benjamin Sharp was present on behalf of the Defendant. The government moved for detention. A detention and preliminary hearing is scheduled before the Honorable Bruce Guyton, United States Magistrate Judge for **Wednesday, June 24, 2020,** at **1:30 p.m.** The defendant acknowledged and agreed that he would remain in detention. The defendant shall be held in custody by the United States Marshal until the detention hearing, and produced for the above scheduled hearing.

ENTER:

s/ Bruce Guyton
Bruce Guyton
UNITED STATES MAGISTRATE JUDGE