IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-MJ-1088-DCP |
| ) | |
| DOMINIC BROWN, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

    This matter came before the undersigned for a preliminary hearing pursuant to Fed. R. Cr. P. 5.1, conducted by video teleconference on June 24, 2020, and continued in person on June 26, 2020. Assistant United States Attorney Casey Thomas Arrowood was present for the Government, and Assistant Federal Defenders Benjamin G. Sharp and Nakeisha C. Jackson represented the Defendant, who also appeared. In the June 24 hearing, FBI Special Agent Mollie Treadway testified about her investigation of this case, to include reviewing a police report by Knoxville Police Department of the events of May 30 and 31, 2029, and reviewing snapchat videos and photographs by the Defendant. The Criminal Complaint and supporting Affidavit of Agent Treadway was admitted as Exhibit 1 to the hearing.

    Based on the testimony and evidence presented at the hearing, the Court finds probable cause to believe the two offenses charged in the Criminal Complaint did occur and that they were committed by the Defendant. Specifically, the Court finds there is probable cause to believe that Dominic Brown used a facility of interstate commerce to incite or to organize, promote, encourage, participate in, or carry out a riot and, in the course thereof, performed or attempted an overt act in violation of 18 U.S.C. § 2101. The Court also finds probable cause to believe the Defendant committed or attempted an act to obstruct or interfere with law enforcement, engaged

in the lawful performance of official duties, during the commission of a civil disorder, adversely affecting commerce, in violation of 18 U.S.C § 231(a)(3).

Accordingly, it is **ORDERED** that the Defendant is held for further proceedings in the District Court.

**IT IS SO ORDERED.**

ENTER:

*Bruce Guyton*
United States Magistrate Judge