# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-mj-1088　　　　　　　　　　**Date:** June 26, 2020

United States of America **vs.** Dominic Brown

**Present before:** Honorable H. Bruce Guyton, Chief United States Magistrate Judge

| Rachel Stone | DCR | Michelle Gensheimer |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Law Clerk** |
| | | Benjamin Sharp |
| Casey Arrowood | | Nakeisha Jackson |
| **Asst. U.S. Atty** | **U.S. Probation Officer** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for a ☐ preliminary hearing ☑ detention hearing. Hearing held.

☐ Defendant sworn.
☐ Parties agreed to conditions of release.
☐ Government requested detention of the defendant and arguments heard.
☑ Exhibits marked and admitted.
☐ Witnesses sworn and testimony heard.

**Court Findings:**

☑ Court found that there are conditions on which the defendant could be released pending further proceedings. Defendant agreed to conditions. Order Setting conditions of release to enter.
☐ Court found that there are no conditions on which the defendant can be released at this time and remanded the defendant to custody pending further proceedings.
☐ Court set an additional hearing and remanded the defendant to custody pending that hearing.
☐ Court took matter under advisement. Order to enter.

**Dates set at this hearing:**

☐ **Hearing to continue:**
☐ **Other Hearing:**

☐ Defendant remanded to custody. ☒ Defendant released on Order Setting Conditions of Release.

**Time:** 10:00 am　　**to**　　10:30 am

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 3-20-mj-1088 _ 20200626 _ 100043