# IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES, ) | |
|     Plaintiff. ) | |
| ) | |
| v. ) | Docket No. 3:20-CR-55 |
| ) | |
| DOMINIC D'ANGELO BROWN, ) | |
|     Defendant. ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, Defendant Dominic D'Angelo Brown, by and through counsel, and files this, his Notice of Intent to Change Plea, advising the Court that he intends to change his plea from not guilty to guilty to a new charge which the U.S. Attorney will present by information under a different docket number.

RESPECTFULLY SUBMITTED on this, the 16 day of July, 2021.

By:_____
    Douglas P. Nanney
    His Attorney

Douglas P. Nanney
Attorney at Law
1501 Boyd Street
Knoxville, Tennessee 37921
(865) 228-0412
Tenn. State Bar #021957
No1sfootstool@gmail.com